UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL PUCHTLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, JAMES E. STALEY, TUSHAR MORZARIA, and C.S. VENKATAKRISHNAN,<br><br>Defendants. | Case No. 1:24-cv-01872-LJL |

**ORDER GRANTING THE MOTION FOR APPOINTMENT OF MICHAEL PUCHTLER AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF CO-LEAD COUNSEL**

Having considered the Motion of Michael Puchtler ("Mr. Puchtler") for Appointment as Lead Plaintiff and Approval of His Selection of Co-Lead Counsel, the Memorandum of Law in Support of the Motion of Michael Puchtler for Appointment as Lead Plaintiff and Approval of His Selection of Co-Lead Counsel, and the Declaration of Frederic S. Fox in Support of the Motion of Michael Puchtler for Appointment as Lead Plaintiff and Approval of His Selection of Co-Lead Counsel, and good cause appearing therefor,

1. Mr. Puchtler's motion is GRANTED, and any competing motions are DENIED.

2. This Order (the "Order") shall apply to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court and is consolidated with the Action.

3. Pursuant to 15 U.S.C. § 78U-4(a)(3)(B), Mr. Puchtler is appointed to serve as lead plaintiff in the above-captioned matter and any subsequently filed or transferred actions that relate to the above-captioned action.

4. Mr. Puchtler's choice of Kaplan Fox & Kilsheimer LLP and Sperling & Slater, LLC to serve as co-lead counsel for the proposed class is approved.

IT IS SO ORDERED.

DATED: June 3, 2024

THE HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE