**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL PUCHTLER, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>      v.<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, JAMES E. STALEY, TUSHAR MORZARIA, and C.S. VENKATAKRISHNAN,<br><br>               Defendants. | Case No. 1:24-cv-1872 (LJL)<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE THAT Lead Plaintiff Michael Puchtler in the above-named case appeals to the United States Court of Appeals for the Second Circuit from the Court's Opinion and Order dated March 21, 2025 (ECF No. 61) that granted with prejudice Defendants' motion to dismiss (ECF No. 46) the Amended Class Action Complaint for Violations of the Federal Securities Law (ECF No. 45).

Dated:  April 21, 2025

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

/s/   *Frederic S. Fox*

Frederic S. Fox
Robert N. Kaplan
Donald R. Hall
Melinda Campbell
800 Third Avenue, 38th Floor
New York, NY 10022
T: 212-687-1980
F: 212-687-7714
ffox@kaplanfox.com
rkaplan@kaplanfox.com
dhall@kaplanfox.com
mcampbell@kaplanfox.com

1

**SPERLING & SLATER**
Joseph M. Vanek
Timothy Sperling
Jerry Santangelo
321 N. Clark St., 25th Fl.
Chicago, IL 60654
Telephone: (312) 641-3200
Fax: (312) 641-6492
jvanek@sperling-law.com
tsperling@sperling-law.com
jsantangelo@sperling-law.com

*Lead Co-Counsel for Lead Plaintiff*
*Michael Puchtler and the Proposed Class*