**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MICHAEL PUCHTLER,

                Plaintiff,

-against-                                24 **CIVIL** 1872 (LJL)

**JUDGMENT**

BARCLAYS PLC, BARCLAYS BANK PLC,
JAMES E. STALEY, TUSHAR MORZARIA, and
C.S. VENKATAKRISHNAN,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 21, 2025, the Amended Complaint is therefore dismissed with prejudice, and the case is closed.

**Dated:** New York, New York

      May 19, 2025

                                                           **TAMMI M HELLWIG**

                                                            **Clerk of Court**

                            **BY:**

                                                             **Deputy Clerk**